# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133800

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ROGER DALE ANDERSON,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133800
COA: 275675
Crawford CC: 06-002400-FH

On order of the Court, the application for leave to appeal the March 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

s0723